IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAITLYN VICKERS, NOAH THOMAS, SELENA THOMAS, ROBERT CASEY, OLIVIA ODIMEGWU, DAVID MEARS, OGEDE "OCEAN" ODE, EMILY CHURCHWELL, AND THALIA SHARP, On Behalf of Themselves and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>REVELETTE ENTERPRISES, LLC, REVELETTE HOSPITALITY, LLC, JONATHAN'S GRILLE HOLDCO, INC., ARJN, LLC, ARJN #3, LLC, JONATHAN'S GRILLE – GREEN HILLS, LLC, JONATHAN'S GRILLE – HENDERSONVILLE, LLC, JONATHAN'S GRILLE – SPRING HILL, LLC, JONATHAN'S GRILLE – MURFREESBORO, LLC, JONATHAN'S GRILLE – PROVIDENCE, LLC, JONATHAN'S GRILLE – EAST RIDGE, LLC, JONATHAN'S GRILLE – CLIFT FARMS, LLC, THE RUTLEDGE RESTAURANT, LLC, THE RUTLEDGE – FOUR SEASONS NASHVILLE, LLC, MASON REVELETTE, and CURTIS REVELETTE,<br><br>*Defendants*. | COLLECTIVE ACTION<br><br>CASE NO. 3:22-cv-00967<br><br>JUDGE TRAUGER<br><br>JURY DEMAND |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on Plaintiffs' Unopposed Motion for Settlement Approval. For good cause shown, the Plaintiffs' Unopposed Motion is **GRANTED**. The Court hereby **APPROVES** the parties' settlement as a fair and reasonable compromise of *bona fide* disputes under the Fair Labor Standards Act and dismisses Plaintiffs' claims with prejudice.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE